COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



RTS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS




UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIPCODE 78701

$ 00.40⁶
MAR 19 2015

Discharged

RE: WR-48,100-03

REGINALD WAYNE GOUDEAU
STRINGFELLOW UNIT - TDC #865774
1200 FM 655
ROSHARON, TX 77583

REF